# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 37 EM 2016 |
|---|---|---|
| Respondent | : | |
| v. | : | |
| PRENTICE THOMAS, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.

This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.